# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                         NO. 4:07CR00069-001 SWW

JONATHAN RYAN SMITH

<u>ORDER</u>

      Pending before the Court is the government's motion for dismissal of the indictment against the above defendants pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The Court finds that the motion should be granted.

      IT IS THEREFORE ORDERED that the government's motion be, and it hereby is granted, and the indictment pending against defendant Jonathan Ryan Smith in the above case hereby is dismissed without prejudice.

      IT IS SO ORDERED this 11th day of May, 2007.

<u>/s/Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE